# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JACQUELINE E. CHAPMAN,  )
      )
   Plaintiff,  )
      )
v.  )   CV416-272
      )
CAROLYN L. COLVIN, Acting  )
Commissioner of Social Security,  )
      )
   Defendant.  )

## REPORT AND RECOMMENDATION

This case should be dismissed without prejudice because plaintiff Jacqueline Chapman has failed to comply with the November 3, 2016 deadline for providing additional financial information to evaluate her motion for leave to proceed *in forma pauperis*. Doc. 3 at 2-3 (listing information required). *See* L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this  7th  day of November, 2016.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA