# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JACQUELINE E. CHAPMAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV416-272 |
| CAROLYN L. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Proceeding *pro se*, Jacqueline Chapman has filed a complaint asking the Court to review the denial of her social security disability claim. Doc. 1. She was granted leave to proceed *in forma pauperis* (IFP), and ordered to pay a reduced filing fee of $200 to proceed with her case. Doc. 8. Plaintiff has subsequently mailed a letter[1] request to the Court, seeking permission to set up a $ 50 monthly instalment plan. Doc. 9. Plaintiff's request is **GRANTED**. As she has paid her initial

---

[1] Parties should submit to this Court formal complaints, petitions, briefs and motions, not letters. Letters can get lost, while formal filings are filed in the record of each case. This creates a public record of a matter presented for the Court's consideration. *See In Re: Unsolicited Letters to Federal Judges*, 126 F. Supp. 2d 1073 (S.D. Ga. 2000). Motions also get placed on the Court's "pending motions" list, while letters do not (hence, they might be ignored). For that matter, the federal rules specifically require that requests for a court order be made "by motion." Fed. R. Civ. P. 7(b)(1).

partial filing fee of $ 50, the Court will screen her Complaint pursuant to 28 U.S.C. § 1915(e) in a separate order.[2]

**SO ORDERED,** this __18th__ day of January, 2017.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] The Court cautions Chapman that granting leave to proceed **IFP** in no way bears on the merits of her case. The right to proceed **IFP** in the federal district courts is governed by 28 U.S.C. § 1915, which authorizes courts to dismiss cases *sua sponte* if: (1) the allegation of poverty is untrue, (2) the action is frivolous or malicious, (3) the complaint fails to state a claim upon which relief may be granted, or (4) the complaint seeks money damages from a defendant who is immune from suit. 28 U.S.C. § 1915(e)(2).