UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JACQUELINE E. CHAPMAN,           )
                                 )
    Plaintiff,                   )
                                 )
v.                               )    CV416-272
                                 )
NANCY BERRYHILL,[1] Acting       )
Commissioner of Social Security, )
                                 )
    Defendant.                   )

## **REPORT AND RECOMMENDATION**

Jacqueline E. Chapman filed her Complaint seeking review of a final decision of the Commissioner of Social Security in October 2016. Doc. 1. Upon screening, the Court twice ordered plaintiff to amend her Complaint to cure several deficiencies. Docs. 11 & 13. Chapman, however, has failed to timely file an Amended Complaint "demonstrating both that (1) she received permission to file her complaint late; and (2) she is entitled to relief." Doc. 13 at 3 (warning her that if she failed to file an Amended Complaint within 30 days the Court would recommend the Complaint be dismissed with prejudice).

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security, and has been substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Having failed to comply, this action should be dismissed for lack of prosecution and for failure to obey a Court order.  *See* Fed. R. Civ. P. 41(b) (authorizing district courts to dismiss an action for failure to obey a court order); L.R. 41.1(c) (authorizing district court to dismiss for lack of prosecution); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Collins v. Lake Helen, L.P.*, 249 F. App'x 116, 120 (11th Cir. 2007) ("[D]istrict court[s] possesses the inherent power to police [their] docket[s]" and to prune out those cases left to languish by their litigants).

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3.  Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties.  The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."  Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this

R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. U.S.*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this __24th__ day of March, 2017.

/s/ G.R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA